Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION OF THE
ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE
NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC

Plaintiff

vs.

Miscellaneous No.    19-174    (EGS)

Category   O

Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __10/23/2019__ from __Judge Christopher R. Cooper__ to __Judge Emmet G. Sullivan__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:   Judge Christopher R. Cooper   & Courtroom Deputy
      Judge Emmet G. Sullivan   & Courtroom Deputy
      Liaison, Calendar and Case Management Committee