**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEARCH WARRANT MATERIALS | Case No. 1:19-mc-00174-EGS |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of April 29, 2020, The Associated Press ("AP"), Cable News Network, Inc. ("CNN"), The New York Times Company ("The Times"), POLITICO LLC ("Politico") and WP Co., LLC, d/b/a/ the Washington Post (the "Post") (collectively, the "Media Coalition"); Michael T. Flynn, through counsel, and the United States, hereby submit this Joint Status Report and recommendation for further proceedings.

The Media Coalition filed this matter on October 11, 2019, seeking access pursuant to the First Amendment and the common law to search warrant and Stored Communications Act warrant materials relevant to the prosecution of Mr. Flynn. The Media Coalition wishes to pursue access to the Flynn warrants and supporting affidavits, but in the interests of streamlining the proceedings, does not seek access to the warrant returns at this time.

Counsel for the government has identified multiple search warrant affidavits in this case, filed in both the District of Columbia and the Eastern District of Virginia, which it intends to move to unseal, once appropriate redactions have been made and approved by the Court(s).

On April 28, 2020, the parties consulted and agreed that the following steps would be appropriate:

(1) after reviewing the relevant search warrant affidavits and proposing appropriate redactions, the government will move to unseal redacted search warrant affidavits and will provide its proposed redactions to this Court for review and approval regarding the search warrant affidavits filed in this district and in the Eastern District of Virginia for search warrant affidavits filed in that district.

(2) Once each respective Court has approved appropriate redactions, with the Court's permission, the government will seek a limited unsealing order and will produce the redacted versions to Mr. Flynn's attorneys so that they can suggest any additional redactions.

(3) Thereafter, the government will move the respective Courts to fully unseal the redacted affidavits; assuming those motions are granted, the redacted affidavits will be unsealed, thereby providing the redacted versions to the Media Coalition and the general public.

Counsel for the government is still in the process of reviewing and proposing redactions to the search warrant affidavits for review by the Courts.  In light of the briefing schedule set by this Court and the D.C. Circuit in related matters, which will occupy a substantial amount of the undersigned government counsel's time over the next several weeks, the parties suggest that it would be appropriate for the Court to require the parties to report their progress six weeks from today in a joint status report.  The parties further suggest that it is premature to set a briefing schedule until such time as the Media Coalition is in possession of the redacted materials and has determined whether it wishes to challenge the redactions.

Wherefore the parties jointly request that the Court order the parties to file a Joint Status report no later than 12 pm on July 8, 2020.

Dated: May 27, 2020

Respectfully submitted,

By: _____*Jay Ward Brown*_____
Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
Tel: (202) 508-1136
*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*

By: _____*David A. Warrington*_____
David A. Warrington
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Tel: (804) 644-1700
David.Warrington@KutakRock.com

Sidney Powell
SIDNEY POWELL, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
Tel: (214) 707-1775
sidney@federalappeals.com
*Counsel for Michael T. Flynn*

By: _____*Jocelyn Ballantine*_____
Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov
*Counsel for the United States*