**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEARCH WARRANT MATERIALS | **Case No. 1:19-mc-00174-EGS** |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of October 6, 2020, The Associated Press ("AP"),

Cable News Network, Inc. ("CNN"), The New York Times Company ("The Times"),

POLITICO LLC ("Politico") and WP Co., LLC, d/b/a/ the Washington Post (the "Post")

(collectively, the "Media Coalition"); Michael T. Flynn, through counsel, and the United States,

hereby submit this Joint Status Report and recommendation for further proceedings.

The Media Coalition filed this matter on October 11, 2019, seeking access pursuant to the

First Amendment and the common law to search warrant and Stored Communications Act

warrant materials relevant to the prosecution of Mr. Flynn.  The Media Coalition wishes to

pursue access to the Flynn warrants and supporting affidavits, but in the interests of streamlining

the proceedings, does not seek access to the warrant returns at this time.

Counsel for the government identified two search warrant applications filed in the

Eastern District of Virginia, and eight search warrant applications filed in the District of

Columbia.  Three of the District of Columbia search warrant applications were not executed, and

were attached in their entirety as exhibits to three revised search warrant applications that were

authorized and executed.

On October 7, 2020, Magistrate Judge Theresa C. Buchanan of the Eastern District of Virginia authorized the government to produce redacted versions of the two search warrant applications in that district to the Media Coalition and to the general public in connection this proceeding.  The government filed those redacted applications on the record in this case later that same day.  Doc. 19.

The government filed its proposed redactions and a motion for limited unsealing for the five District of Columbia search warrant applications (which include as exhibits the three unexecuted search warrant applications) with this court, *ex parte*, under seal, on September 11, 2020.  On October 6, 2020, this Court approved the government's proposed redactions, and authorized the government to produce the redacted search warrants and the related applications and supporting affidavits to Mr. Flynn's attorneys for the purpose of suggesting any necessary additional redactions in connection with this matter. The government complied with this Court's order by providing the redacted materials to counsel on October 6-7, 2020.

Counsel for Mr. Flynn is still reviewing those materials, which are voluminous.  The parties expect that the redaction process will be completed and submitted to the Court by no later than Friday, October 23, 2020, at which time government will move this Court to unseal the redacted versions of these materials for provision to the Media Coalition and to the general public in connection this proceeding.

The parties suggest that it would be appropriate for the Court to require the parties to file redacted versions of the District of Columbia search warrant applications by no later than 12 p.m. on October 23, 2020.  The parties further suggest that it is premature to set a briefing schedule until such time as the Media Coalition is in possession of the redacted materials and has determined whether it wishes to challenge the redactions.

Wherefore the parties jointly request that the Court order the parties to file redacted versions of the District of Columbia search warrant applications by no later than 12 p.m. on October 23, 2020.

Dated: October 14, 2020

Respectfully submitted,

By:   _Matthew E. Kelley_
Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
Tel: (202) 508-1136
*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*

By:   _David A. Warrington_
David A. Warrington
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Tel: (804) 644-1700
David.Warrington@KutakRock.com

Sidney Powell
SIDNEY POWELL, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
Tel: (214) 707-1775
sidney@federalappeals.com
*Counsel for Michael T. Flynn*

By:   _Jocelyn Ballantine_
Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov
*Counsel for the United States*