IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEARCH WARRANT MATERIALS | Case No. 1:19-mc-00174-EGS |

## NOTICE OF FILING OF REDACTED WARRANTS

On October 11, 2019, The Associated Press ("AP"), Cable News Network, Inc. ("CNN"), The New York Times Company ("The Times"), POLITICO LLC ("Politico") and WP Co., LLC, d/b/a/ the Washington Post (the "Post") (collectively, the "Media Coalition"), filed this matter seeking access pursuant to the First Amendment and the common law to search warrant and Stored Communications Act warrant materials relevant to the prosecution of Michael T. Flynn. The Media Coalition wishes to pursue access to the Flynn warrants and supporting affidavits, but in the interests of streamlining the proceedings, does not seek access to the warrant returns at this time.

Counsel for the government identified eight search warrant applications filed in the District of Columbia. Three of the District of Columbia search warrant applications were not executed, and were attached in their entirety as exhibits to three revised search warrant applications that were authorized and executed. Pursuant to the process set forth in the Joint Status Reports, counsel for both the government and Mr. Flynn have proposed appropriate, limited redactions to both search warrant applications.

On November 5, 2020, this Court authorized the government to produce the redacted versions of the search warrant applications (attached hereto as Exhibits 1 through 5) to the Media

Coalition and to the general public in connection this proceeding. This Court further ordered that the search warrants, applications, and supporting affidavits shall remain otherwise SEALED until further order of the Court.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        NY Bar No. 4444188

        By: */s/ Jocelyn Ballantine*
        Jocelyn Ballantine
        Assistant United States Attorney
        CA Bar No. 208267
        555 4th Street NW
        Washington, D.C. 20530

Dated: November 10, 2020